```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ALABAMA
                 SOUTHERN DIVISION
```

BRANCH BANKING & TRUST CO.,       }
                                  }
    Plaintiff,                    }
                                  }       CIVIL ACTION NO.
v.                                }
                                  }       2:14-CV-881-WMA
YOUNGBLOOD ENTERPRISES, INC.,     }
and ROGER YOUNGBLOOD,             }
                                  }
    Defendants.                   }

## MEMORANDUM OPINION

    Plaintiff moved for summary judgment in this action on February 6, 2015. The court ordered defendants to respond to the motion by February 27, 2015, but defendants have failed to do so. The motion being unopposed, defendant concedes the existence of the facts that plaintiff shows to be undisputed and that entitles it to a monetary judgment. This court finds, pursuant to Fed. R. Civ. P. 56, that no genuine issues of material fact exist and that plaintiff is entitled to judgment as a matter of law. Accordingly, plaintiff's motion for summary judgment (Doc. 22) will be granted, and judgment will be entered in favor of plaintiff and against both defendants, jointly and severally, in the amount of $143,798.58, with interest continuing to accrue at the rate of $21.64 per day.

    A separate order will be entered.

    DONE this 2nd day of March, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE